1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11                                                      No. 2:23-cv-01492-TLN-KJN

IN RE:  STEVEN WAYNE BONILLA

12                                                      No. 2:23-cv-01493-TLN-KJN

13                                                      No. 2:23-cv-01494-TLN-KJN

14                                                      No. 2:23-cv-01495-TLN-KJN

15                                                      No. 2:23-cv-01496-TLN-KJN

16                                                      No. 2:23-cv-01497-TLN-KJN

17                                                      No. 2:23-cv-01500-TLN-KJN

18                                                      No. 2:23-cv-01501-TLN-KJN

19                                                      No. 2:23-cv-01509-TLN-KJN

20                                                      No. 2:23-cv-01510-TLN-KJN

21                                                      **ORDER**

22

23

24          Plaintiff is a state prisoner, proceeding without counsel, in these civil actions.  On

25  November 29, 2018, Plaintiff was declared a vexatious litigant in Case No. 2:18-cv-2544-TLN-

26  KJN.  On June 14, 2023, the undersigned issued an amended vexatious litigant order in Case No.

27  2:18-cv-2544-TLN-KJN.  Pursuant to the amended vexatious litigant order, all new cases filed by

28  Plaintiff related to his Alameda County conviction will be dismissed and closed.

1

1    Pursuant to the amended vexatious litigant order, the undersigned reviewed the

2  complaints/petitions filed in the cases listed in the caption above.  The Court finds the

3  complaints/petitions filed in the cases listed in the caption above are related to Plaintiff's

4  Alameda County conviction.

5    Accordingly, IT IS HEREBY ORDERED that 2:23-cv-01492, 2:23-cv-01493, 2:23-cv-

6  01494, 2:23-cv-01495, 2:23-cv-01496, 2:23-cv-01497, 2:23-cv-01500, 2:23-cv-01501, 2:23-cv-

7  01509 and 2:23-cv-01510 are DISMISSED; the Clerk of the Court is directed to close these cases;

8  no further filings will be accepted in any of the above referenced cases.

9    IT IS SO ORDERED.

10  Date:  August 4, 2023

11

12

13    Troy L. Nunley
    United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2